UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GYPSIE JONES,<br><br>　　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>GASLAMP VILLAGE, LLC dba COMFORT INN GASLAMP,<br><br>　　　　　　　　　　　　　Defendant. | Civil No.   05cv0113 (POR)<br><br>**ORDER CLARIFYING COURT'S ORDER OF AUGUST 7, 2006** |

　　　On November 22, 2006, this Court held a Settlement Conference. Lynn Hubbard and Steve Wedel appeared on behalf of Plaintiff Jones; Kyle Nordrehaug appeared on behalf of Defendant Gaslamp Village, LLC; and Amy Beckstead appeared on behalf of judgment creditor Wild Oats Markets, Inc. in civil case no. 04cv1018-WQH (WMc). Counsel represented that a dispute arose regarding who is the appropriate recipient of the attorneys' fees and costs pursuant to this Court's August 7, 2006 Order [Doc. No. 42]. In accordance with the reasoning of <u>United States of America ex rel. v. Jerry M. Lewis Truck Parts & Equip.</u>, 89 F.3d 574 (9th Cir. 1996), this Court clarifies its prior order and finds that Defendant shall pay the award of attorneys' fees and costs to the Law Offices of Lynn Hubbard, III.

　　　**IT IS SO ORDERED.**

DATED: November 22, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　LOUISA S PORTER
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

cc:　　All parties

- 1 -

05-0113