UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GYPSIE JONES,<br><br>                       Plaintiff,<br><br>v.<br><br>GASLAMP VILLAGE, LLC dba COMFORT INN GASLAMP,<br><br>                       Defendant. | Civil No.   05cv0113 (POR)<br><br>**ORDER TERMINATING THIS ACTION** |
|---|---|

On April 26, 2006, this Court held a Mandatory Settlement Conference. The case settled as to all issues except as to Plaintiff's attorneys' fees and costs. On May 24, 2006, Plaintiff filed a motion for attorneys' fees including litigation expenses and costs, and on June 7, 2006, Defendant filed an opposition to Plaintiff's motion. On August 7, 2006, the Court issued its Order on the attorney fee issues which totally disposed of the issues in this case. Based thereon, the Clerk of Court shall terminate this action in its entirety.

**IT IS SO ORDERED.**

DATED: November 22, 2006

_____
LOUISA S PORTER
United States Magistrate Judge

cc: All parties

- 1 -

05-0113